# United States Bankruptcy Court
## District of Massachusetts

In re   **Arthur J. Donovan**                                      Case No.   **09-20999-FJB**

Debtor(s)                                      Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 30, 2009**

**Arthur J. Donovan**
Signature of Debtor

ABM Mechanical


ADT


Agar Supply Co. Inc.
Myles Standish Industrial Park
225 John Hancock Road
Taunton, MA 02780

American Services
20 Fourth Street
Quincy, MA 02169

Arbella Insurance
1100 Crown Colony Drive
Quincy, MA 02169

Arrow Paper
228 Andover Street
Wilmington, MA 01887

August A. Busch
440 Riverside Avenue
Medford, MA 02155

Bay State Audio
165A Memorial Drive
Shrewsbury, MA 01545

Bay State Fire Protection
161 R Merrimac Street
Woburn, MA 01801

Blue Cross Blue Shield of MA
P.O. Box 4700
Woburn, MA 01888

Bob Devoe
c/o American Sprinkler
515 Middle Street
Braintree, MA 02184

Boston Local Development
22 Drydock Avenue
No. 307
Boston, MA 02210

Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119

Brigham and Womens Hospital
75 Francis Street
Boston, MA 02115

Burke Distribution Corporation
89 Teed Drive
Randolph, MA 02368

CFD


Charles Donovan
290 Atlantic Street
Quincy, MA 02171

City of Boston
Assessors Office
One City Hall Sq.
Boston, MA 02201

Clean Beer Company
8 Jefferson Street
Milford, MA 01757

Costas Provisions
255 Southampton Street
Boston, MA 02118

Craft Brewers
17 Collins Street
Danvers, MA 01923

David Linens
9 Ansel Road
Boston, MA 02124

European Motor Sports
45 L Street
Boston, MA 02127

FFG Technology
11 Beacon Street
Boston, MA 02108

Gatwick, O'Brien and Sarin
161 Granite Avenue
Boston, MA 02124

Gene Courtney
Main Street
Edgartown, MA 02539

Gerry Calden
2 Kittredge Street
Walpole, MA 02081

Gragil Associates
P.O. Box 1010
Pembroke, MA 02359

Harpoon Brewery
306 Northern Avenue
Boston, MA 02210

Horizon Beverage
80 Stockwell Drive
Avon, MA 02322

Hospital Bill and Collection Service
P.O. Box 83172
Woburn, MA 01813

Hub Refrigeration
244 Willard Street
#1
Quincy, MA 02169

Internal Revenue Service
Special Procedures Stop 20800
P.O. Box 9112
JFK Building
Boston, MA 02203

J.E.T. Provisions
210 Beacham Street
Everett, MA 02149

Jack McGlone
300 Victory Road
Marina Bay
Quincy, MA 02171

John J. Purcell M.D.
27 Avon Street
Cambridge, MA 02138

Joseph A. Croce
147 Broadway
Taunton, MA 02780

Joseph Tierney
38 Milton Avenue
Hyde Park, MA 02136

Katsiroubas Brothers
40 Newmarket Square
Boston, MA 02118

La Marca & Sons Baking
20 Paulson Drive
Burlington, MA 01803

```
Martignetti Distributors
975 University Avenue
Norwood, MA 02062

Massachusetts Dept of Revenue
Bankruptcy Unit
P.O. Box  55484
Boston, MA 02205-5484

Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114

Michael Doolin
512 Gallivan Boulevard
Boston, MA 02124

Michael Zinni
246 Walnut Street
Newtonville, MA 02460

Mount Washington Bank
455 West Broadway
Boston, MA 02127-2288

N-Star
P.O. Box 4508
Woburn, MA 01888

National Grid
100 East Ashland Street
Brockton, MA 02302

NCO Financial Systems Inc.
296 Bennington Street
Boston, MA 02128

New Age Computer Services
68 Hancock Street
Braintree, MA 02184-7006

NuCO2 Inc.
2800 SE Market Place
Stuart, FL 34997

Patrick Donovan
190 Highland Avenue
Milton, MA 02186

Progressive Flooring
15 Connie Drive
Foxboro, MA 02035
```

Richard Jerrier
1776 Dorchester Avenue
Boston, MA 02124

Richmond Associates

Rick Crowley C.P.A. P.C.
P.O. Box 352
Weymouth, MA 02188

Robert Donovan
33 Nelson Street
Braintree, MA 02184

Rubbish Time
5 West Street
Sharon, MA 02067-1819

Sara Lee
P.O. Box 756
Neenah, WI 54957-0756

Sprint

Suburban Supply Inc.
39 Greendale Avenue
Needham Heights, MA 02494

Tate & Kirlin
2810 Southampton Road
Philadelphia, PA 19154

Town of Milton
525 Canton Avenue
Milton, MA 02186

Town of Orleans
19 School Road
Orleans, MA 02653

Ultraguard Protective Systems Inc.
18 N. Maple Street
Woburn, MA 01801

United Liquors Ltd.
175 Campanelli Drive
Braintree, MA 02184

Zwicher and Associates
80 Minuteman Road
Andover, MA 01810