**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

In re:

ARTHUR J. DONOVAN,

            Debtor.

Chapter   7
Case No. 09-20999-FJB

**LIST OF CREDITORS ADDED TO MATRIX**

ABM Mechanical
19 Waterview Lane
Kingston, MA 02364

ADA Engineering
271 Main Street
Stoneham, MA 02180

Adams Fish
783 Adams Street
Boston, MA 02125

ADP Payroll
225 Second Avenue
Waltham, MA 02454

ADT
P.O. Box 371490
Pittsburgh, PA 15250

AIM Mutual
P.O. Box 4020
Burlington, MA 01803

American Safety Sprinkler
414 Middle Street
Braintree, MA 02184

American Service Company
20 Fort Street
Quincy, MA 02169

Anderson Insulation
706 Brockton Avenue
Abington, MA 02351

Arbella Insurance
P.O. Box 4033
Woburn, MA 01888

August A. Busch
440 Riverside Avenue
Medford, MA 02155

Bay State Audio
165A Memorial Drive
Shrewsbury, MA 01545

Boris Pest Control
143 West 8th Street
Boston, MA 02127

Boston Fire Department
Boston Fire HQ
Southampton Street
Boston, MA 02118

Boston Lobster
345 West First Street
Boston, MA 02127

Boston Neighborhood Development
27 Court Street
Boston, MA 02205

Brigham and Womens Hospital
P.O. Box 3320
Boston, MA 02241

Brookline Ice
610 Brookline Avenue
Somerville, MA 02145

CCR Data Systems
129 Airport Road
Concord, NH 03301

CCS
2 Welles Avenue
Newton Center, MA 02459

Chase Credit Card
P.O. Box 15298
Wilmington, DE 19850

Clocktower
303 West Street
Franklin, MA 02038

Coca-Cola
P.O. Box 4108
Boston, MA 02211

Commonwealth of Massachusetts
Department of Industrial Accidents
600 Washington Street
7th Floor
Boston, MA 02111

Donovan Dorchester Realty Trust
55 Ridge Road
Milton, MA 02186

Donovan Savin Corp.
116 Savin Hill Avenue
Boston, MA 02125

East Dedham Lock
187 Milton Street
Dedham, MA 02026

Espresso Plus
850 Commercial Street
Medford, MA 02155

Fireman's Fund Insurance
P.O. Box 19500
Irvine, CA 92623

Hallsmith Sysco
380 South Worcester Street
Norton, MA 02766

HBCS
701 Edgewater Drive
Wakefield, MA 01880

Hub Grinding
10 Hartson Road
Walpole, MA 02081

J&G Painting
14 Highland Street
Wakefield, MA 01880

Keyspan
P.O. Box 4300
Woburn, MA 01888

Laurence K. Richmond Associates
1419 Hancock Street
Quincy, MA 02169

Maine Oxy
22 Albiston Way
Auburn, ME 04210

National Grid Gas
P.O. Box 960
Northborough, MA 01532

New England Sealcoating
120 Industrial Park
Hingham, MA 02043

O'Donovan Family LLC
1300 Hyde Park Avenue
Hyde Park, MA 02136

Office Max
8-C Allstate Road
Boston, MA 02125

One Communications
P.O. Box 415721
Boston, MA 02241

Pasta D'Oro
366A Fery Street
Everett, MA 02149

Patart Realty Trust
55 Ridge Road
Milton, MA 02186

Paul W. Marks Co.
8 Commercial Street
Everett, MA 02149

Quinzami's Bakery
380 Harrison Avenue
Boston, MA 02118

Radiant Systems
P.O. Box 198755
Atlanta, GA 30384

Rubbish Time
P.O. Box 157
Sharon, MA 02067

Sara Lee
P.O. Box 70819
Chicago, IL 60673

Scott Sheet Metal
499 Lebanon Street
Malden, MA 02148

Tiles by Perfection
190 Willard Street
Quincy, MA 02169

Verizon
P.O. Box 1
Worcester, MA 01654

Walker Associates
2 Oliver Street
Boston, MA 02109